In the Matter of the Compulsory Accounting of LESTER C. GILMAN, as Executor of THEOPHILUS GILMAN, Deceased, Appellant.

MABEL R. GILMAN, Respondent.

*Matter of Gilman*, 166 App. Div. ——, appeal dismissed.
(Argued March 1, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1914, which affirmed an order of the Kings County Surrogate's Court directing Lester C. Gilman, as executor of Theophilus Gilman, deceased, to account.

*John J. Crawford* for appellant.

*David Joyce* and *Edgar M. Cullen* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.